UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                                      **DECISION AND ORDER**
                                                                           **14-CR-101S**

BERNICE ROBINSON,

                Defendant.

       1.       On June 19, 2014, the Defendant entered into a written plea agreement (Docket No. 5) and pled guilty to a one count Information (Docket No. 2) charging a violation of Title 18 U.S.C. § 641, (Theft of Public Money).

       2.       On June 19, 2014, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 6) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

       3.       This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

       4.       This Court has carefully reviewed *de novo* Judge Foschio's June 19, 2014, Report and Recommendation, the plea agreement, the Information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

       IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's June 19, 2014, Report and Recommendation (Docket No. 6) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant, Bernice Robinson is accepted, and she is now adjudged guilty of Title 18 U.S.C. § 641.

SO ORDERED.

Dated: July 15, 2014
        Buffalo, New York

                                                                                s/William M. Skretny
                                                                                WILLIAM M. SKRETNY
                                                                                      Chief Judge
                                                           United States District Court